ARTHUR H. MACGRAW, Appellant, v. WILLIAM A. CALDWELL and ARCHIBALD MAYNARD, Respondents.— Judgments and orders affirmed, with separate bills of costs. All concur. (The judgments are in favor of defendants in an automobile

negligence action. The orders deny motions for a new trial.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.